HANNA L. MAYNARD, Respondent, v. GEORGE MAYNARD, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

UNION SQUARE SAVINGS BANK, Plaintiff, v. JOSEPH D. KILCULLEN et al., Appellants. DAVID L. WOODALL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ALBERT & HARRISON, INC., v. COLONIAL SAND & STONE CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See ante, p. 831.]

LIBERTY MUTUAL INSURANCE COMPANY v. SHEILA-LYNN, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 835.]

JOSIAH H. BRONSON v. FRANCIS H. ROBINSON et al., and WALTER J. ELLISON. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 809.]

HOWARD D. McGEORGE, Suing on Behalf of Himself and All Other Holders of 6% Cumulative Preferred Stock Series A of the New York, Chicago & St. Louis Railroad Company, Similarly Situated, v. HUGH B. BAKER et al., as Directors of the New York, Chicago and St. Louis Railroad Company, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 805.]

EDDIE DOWLING et al., Suing on Behalf of Themselves and All Other Members of the American Society of Composers, Authors and Publishers, Similarly Situated, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 841.]

RUBY HOEFLICH v. MEYER KREEGER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 882.]

MARROW MANUFACTURING CORPORATION v. EITINGER BEAD CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 830.]

MARROW MANUFACTURING CORPORATION v. JOSEPH EITINGER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 830.]

QUAKER OATS COMPANY v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 841.]

HILL PACKING COMPANY v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 841.]

SAUL TEPPER v. NATIONAL ADVERTISING ART CENTER, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See ante, p. 836.]